State v. Rieger, 1997 ND 86, 592 N.W.2d 923|N.D. Supreme Court|
State v. Rieger, 1997 ND 86, 592 N.W.2d 923
[Go to Documents]
Filed May 13, 1997
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
1997 ND 86
State of North Dakota, Plaintiff and Appellee
v.
Howard L. Rieger, Defendant and Appellant
Criminal No. 960322
Appeal from the District Court for Burleigh County, South Central Judicial District, the Honorable Burt L. Riskedahl, Judge.
AFFIRMED.
Per Curiam.
Leann K. Bertsch, Assistant State's Attorney, 514 East Thayer Avenue, Bismarck, N.D. 58501, for plaintiff and appellee; submitted on brief.
Howard L. Rieger, pro se, 2996 Warwick Loop, Bismarck, N.D. 58504, defendant and appellant; submitted on brief.
State v. Rieger
Criminal No. 960322
Per Curiam.
[¶1] Howard L. Rieger appeals the district court order revoking his probation and sentencing him to thirty days incarceration. We affirm under N.D.R.App.P. 35.1(a)(2) and (4).
[¶2]
Gerald W. VandeWalle, C.J.
Dale V. Sandstrom
Herbert L. Meschke
Mary Muehlen Maring
William A. Neumann